NUMBER 13-05-136-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

JOHN BROOKS AND SMITH INTERNATIONAL, INC.,     Appellants,

 

                                           v.

 

MATERIALES
Y EQUIPO PETROLERO S.A., 

DE C.V., ET AL.,                                                     Appellees.

___________________________________________________________________

 

                 On appeal from the 275th  District Court

                           of Hidalgo
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                 Before Justices
Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 








Appellants, JOHN BROOKS AND SMITH INTERNATIONAL, INC., perfected an appeal from
a judgment entered by the 275th District Court of Hidalgo
County, Texas, in cause number C-2956-04-E.  After the record was filed and after the
matter was referred to mediation, appellants filed a motion to dismiss the
appeal.  In the motion, appellants state
that the parties have compromised and settled all matters in dispute between
them with this appeal and the underlying court proceedings.  Appellants request that this Court dismiss
the appeal.

The Court, having
considered the documents on file and appellants= motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellants= motion to dismiss is
granted, and the appeal is hereby DISMISSED.

 

PER CURIAM

 

 

Memorandum Opinion delivered and filed this

the 6th day of October,
2005.